UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| In Re: | ) | BK No.:   19-29737 |
| Isabelle K Wright | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable David D. Cleary |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER MODIFYING THE PLAN POST CONFIRMATION

THIS MATTER coming to be heard on the Debtor's MOTION TO MODIFY PLAN; the Court being advised in the premises; with due notice having been given to all parties in interest;

IT IS HEREBY ORDERED:

1. Debtor's current Chapter 13 Plan is modified post-confirmation to:

a)  Defer the current trustee default to the end of the Plan;

b)  Extend the Chapter 13 Plan term to 84 months in accordance with 11 U.S.C. §1329(d)(1);

c)  Decrease Debtor's Plan payment to $197 beginning March 2021 until the end of the plan;

d)  The Plan base amount remains the same; and

e)  The Trustee shall not be required to perform collections on behalf of creditors pursuant to any prior confirmed Plan.

Enter:

Honorable David D. Cleary
United States Bankruptcy Judge

Dated:  March 22, 2021

**Prepared by:**

David H. Cutler, esq.
Counsel for Debtor(s):
Cutler & Associates,
4131 Main St.,
Skokie, IL 60076
Phone: (847) 673-8600