# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

IN RE:

| | |
|---|---|
| Isabelle K Wright<br>*aka* Izzy Wright<br><br>Debtor, | Case No. 19-29737<br>Chapter 13<br>Judge David D. Cleary |

### AGREED ORDER CONDITIONING THE STAY FOR THE REAL PROPERTY LOCATED AT 1914 N. VERDE DR., ARLINGTON HEIGHTS, IL 60004

This matter came to be considered on the Motion for Relief from Stay (the "Motion") filed by NewRez LLC d/b/a Shellpoint Mortgage Servicing ("Movant").

Movant has alleged that good cause exists for granting the Motion and that the Debtor, counsel for the Debtor, the Chapter 13 Trustee, and all other necessary parties were served with this Motion and with notice of the hearing date for this Motion; and the parties have entered into an agreement resolving the Motion.

**IT IS HEREBY ORDERED** that the total amount due to reinstate the loan through the 04/01/2024 payment, is broken out as follows:

| Payment Due | Total |
|---|---|
| 2/1/2024 | $2,499.68 |
| 3/1/2024 | $2,499.68 |
| 4/1/2024 | $2,499.68 |
| Bankruptcy Fees and Costs | $1,249.00 |
| Suspense | $2,010.05- |
| **Total** | **$6,737.99** |

The Debtor shall cure the outstanding amounts by making six (6) installment payments directly to Movant in addition to making the regular ongoing monthly mortgage payment. The Debtor shall make an installment payment in the amount of $1,123.00 commencing May 15, 2024, continuing on June 15, 2024, July 15, 2024, August 15, 2024, and September 15, 2024 and in the amount of $1,122.99 for October 15, 2024. Failure to make any of the installment payments that come due shall constitute a default.

**IT IS FURTHER ORDERED** that the Debtor shall make all future monthly mortgage payments when due, beginning with the May 1, 2024 payment. Failure by the Debtor to make any future monthly mortgage payment when due shall constitute a default.

**IT IS FURTHER ORDERED** that if the Debtor defaults on making any of the installment payments that come due or any of the regular monthly mortgage payments that come

due, counsel for Movant shall file a Notice of Default with the court and mail a copy to the Debtor. The Debtor shall have fourteen (14) days to cure the default, while maintaining all subsequently required payments. If the default is not cured within fourteen (14) days, counsel for Movant shall a Notice of Termination with the Court attesting that the default was not cured and the automatic stay imposed shall be lifted without further notice or hearing as to the real property located at 1914 N. Verde Dr., Arlington, IL 60004.

**IT IS FURTHER ORDERED** that the Debtor shall be limited to two (2) defaults with a right to cure under this Order. If the Debtor defaults under the terms of this Order more than twice, the Debtor shall have no right to cure, and the automatic stay shall be vacated upon the filing of a Notice of Termination with no further notice or hearing required.

**IT IS FURTHER ORDERED** that upon the Termination of the Automatic Stay, the provisions of Fed.R.Bankr.P.3002.1 shall be waived with respect to Creditor and the property located at 1914 N. Verde Dr., Arlington, IL 60004.


Date:_____          /s/_____
                                    JUDGE David D. Cleary


/s/  Marc G. Wagman_____      /s/   Michelle Mandraoiu_____
                                    Michelle Mandroiu
Potestivo & Associates, P.C.        Attorney for Debtor
Marc G. Wagman                      Cutler & Associates, Ltd.
223 W. Jackson Blvd., Suite 610     4131 Main St.
Chicago, IL 60606                   Skokie, IL 60076
Telephone: (312) 263-0003           (847) 673-8600
Main Fax: (312) 263-0002            cutlerfilings@gmail.com
Cook County Firm ID #: 43932
Chicago, Illinois 60606
DuPage County Firm ID #: 223623
Attorneys for Movant
mwagman@potestivolaw.com