**Fill in this information to identify the case:**

Debtor 1        Isabelle K. Wright aka Izzy Wright

Debtor 2

United States Bankruptcy Court for the: Northern District of Illinois

Case number :    19-29737

## Official Form 410S1

# Notice of Mortgage Payment Change                                                                12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment is due. See Bankruptcy Rule 3002.1.

| | | | |
|---|---|---|---|
| **Name of creditor:** | **NewRez LLC d/b/a Shellpoint Mortgage Servicing** | **Court claim no.** (if known): | **6** |
| **Last 4 digits** of any number you use to identify the debtor's account: | **2625** | **Date of payment change:** Must be at least 21 days after date of this notice | **11/01/2020** |
| | | **New total payment:** Principal, interest, and escrow, if any | **$2,420.74** |

### Part 1:  Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

    [ ] No

    [X] Yes. Attach a copy of the escrow account statement prepared in a form consistent with the applicable nonbankruptcy law.
        Describe the basis for the change. If a statement is not attached, explain why:

        **Current escrow payment: $964.77**           **New escrow payment: $909.45**

### Part : 2  Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

    [X] No

    [ ] Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a
        notice is not attached, explain why:

        **Current interest rate:**                               **New interest rate:**
        **Current Principal and interest payment:**              **New principal and interest payment:**

### Part 3:  Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

    [X] No

    [ ] Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification
        agreement. (Court approval may be required before the payment change can take effect).
        Reason for change:
        **Current mortgage payment:**                            **New mortgage payment:**

Debtor 1 <u>Isabelle K. Wright aka Izzy Wright</u>  Case number (if known) <u>19-29737</u>
   First Name   Middle Name   Last Name

## Part 4: Sign Below

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box:*

[ ] I am the creditor.

[X] I am the creditor's attorney or authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

/s/ Christopher Giacinto     Date 09/25/2020
Signature

| | | | |
|---|---|---|---|
| Print: | Christopher Giacinto | Title | Authorized Agent for Creditor |
| Company | Padgett Law Group | | |
| Address | 6267 Old Water Oak Road, Suite 203 | | |
| | Tallahassee FL, 32312 | | |
| Contact phone | (850) 422-2520 | Email | PLGinquiries@padgettlawgroup.com |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished to the parties on the attached Service List by electronic service and/or by First Class U.S. Mail on this the __25th__ day of September, 2020.

/S/ Christopher Giacinto

_____
CHRISTOPHER GIACINTO
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
PLGinquiries@padgettlawgroup.com
*Authorized Agent for Creditor*

## SERVICE LIST (CASE NO. 19-29737)

Debtor
Isabelle K Wright
1914 N Verde Dr
Arlington Heights, IL 60004
aka Izzy Wright

Attorney
David H Cutler
Cutler & Associates, Ltd.
4131 Main St.
Skokie, IL 60076

Trustee
Marilyn O Marshall
224 South Michigan Ste 800
Chicago, IL 60604

US Trustee
Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604

Case 19-29737    Doc    Filed 09/25/20    Entered 09/25/20 11:57:02    Desc Main
Document    Page 5 of 6

**NewRez MORTGAGE**
PO Box 10826
Greenville, SC  29603 0826

ISABELLE K WRIGHT
BRET R WRIGHT
1914 N VERDE DR
ARLINGTON HEIGHTS IL  60004

Analysis Date: September 22, 2020
Loan:

Property Address:
1914 N VERDE DR
ARLINGTON HEIGHTS, IL  60004

## Annual Escrow Account Disclosure Statement - Account History

The following is an overview of your escrow account with . It contains the history of escrow payments made on your behalf in the prior year, and a snapshot of the anticipated disbursements for the coming year. Any potential adjustments due to increases or decreases with your escrow items may affect your monthly escrow payment. If your escrow payment increases, your monthly payment will also increase. If the escrow payment decreases, your mortgage payment will decrease.

| Payment Information | Contractual | Effective Nov 01, 2020 |
|---|---|---|
| P & I Pmt: | $1,511.29 | $1,511.29 |
| Escrow Pmt: | $964.77 | $909.45 |
| Other Funds Pmt: | $0.00 | $0.00 |
| Asst. Pmt (-): | $0.00 | $0.00 |
| Reserve Acct Pmt: | $0.00 | $0.00 |
| Total Payment | $2,476.06 | $2,420.74 |

| Prior Esc Pmt | January 01, 2020 |
|---|---|
| P & I Pmt: | $1,511.29 |
| Escrow Pmt: | $964.77 |
| Other Funds Pmt: | $0.00 |
| Asst. Pmt (-): | $0.00 |
| Resrv Acct Pmt: | $0.00 |
| Total Payment | $2,476.06 |

| Escrow Balance Calculation | |
|---|---|
| Due Date: | October 01, 2020 |
| Escrow Balance: | $3,115.20 |
| Anticipated Pmts to Escrow: | $964.77 |
| Anticipated Pmts from Escrow (-): | $210.10 |
| Anticipated Escrow Balance: | $3,869.87 |

| Shortage/Overage Information | Effective Nov 01, 2020 |
|---|---|
| Upcoming Total Annual Bills | $10,913.40 |
| Required Cushion | $1,398.70 |
| Required Starting Balance | $3,246.90 |
| Escrow Shortage | $0.00 |

**Cushion Calculation:** Because does not set your tax amounts or insurance premiums, your escrow balance contains a cushion of 1,398.70. A cushion is an additional amount of funds held in your escrow in order to prevent the balance from becoming overdrawn when an increase in the disbursement amount occurs. Your lowest monthly balance should not be below 1,818.90 or 1/6 of the anticipated payment from the account.

This is a statement of actual activity in your escrow account from Dec 2019 to Oct 2020. Last year's anticipated activity (payments to and from your escrow account) is next to the actual activity.

| Date | Payments to Escrow Anticipated | Payments to Escrow Actual | Payments From Escrow Anticipated | Payments From Escrow Actual | | Description | Escrow Balance Required | Escrow Balance Actual |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Starting Balance | 3,224.58 | 3,101.52 |
| Dec 2019 | 964.77 | 964.77 | 215.01 | 215.01 | | FHA MI | 3,974.34 | 3,851.28 |
| Jan 2020 | 964.77 | 1,929.54 | 215.01 | 215.01 | * | FHA MI | 4,724.10 | 5,565.81 |
| Feb 2020 | 964.77 | 964.77 | 215.01 | 210.10 | * | FHA MI | 5,473.86 | 6,320.48 |
| Feb 2020 | | | | 4,475.95 | * | County Tax | 5,473.86 | 1,844.53 |
| Mar 2020 | 964.77 | 964.77 | 4,724.10 | | * | County Tax | 1,714.53 | 2,809.30 |
| Mar 2020 | | | 215.01 | 210.10 | * | FHA MI | 1,499.52 | 2,599.20 |
| Apr 2020 | 964.77 | 964.77 | 215.01 | 210.10 | * | FHA MI | 2,249.28 | 3,353.87 |
| May 2020 | 964.77 | 964.77 | 215.01 | 210.10 | * | FHA MI | 2,999.04 | 4,108.54 |
| Jun 2020 | 964.77 | 964.77 | 215.01 | 210.10 | * | FHA MI | 3,748.80 | 4,863.21 |
| Jun 2020 | | | | 210.10 | * | FHA MI | 3,748.80 | 4,653.11 |
| Jul 2020 | 964.77 | 964.77 | 215.01 | | * | FHA MI | 4,498.56 | 5,617.88 |
| Jul 2020 | | | | 3,047.25 | * | County Tax | 4,498.56 | 2,570.63 |
| Aug 2020 | 964.77 | | 3,413.99 | | * | County Tax | 2,049.34 | 2,570.63 |
| Aug 2020 | | | 215.01 | 210.10 | * | FHA MI | 1,834.33 | 2,360.53 |
| Sep 2020 | 964.77 | 964.77 | 215.01 | 210.10 | * | FHA MI | 2,584.09 | 3,115.20 |
| Oct 2020 | 964.77 | | 215.01 | | * | FHA MI | 3,333.85 | 3,115.20 |
| | | | | | | Anticipated Transactions | 3,333.85 | 3,115.20 |
| Oct 2020 | | 964.77 P | | 210.10 | | FHA MI | | 3,869.87 |
| | $10,612.47 | $10,612.47 | $10,503.20 | $9,844.12 | | | | |

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount. If you want a further explanation, please call our toll-free number.
P - The letter (P) beside an amount indicates that the payment or disbursement has not yet occurred but is estimated to occur as shown.

Analysis Date:   September 22, 2020
Loan:

**Annual Escrow Account Disclosure Statement - Projections for Coming Year**

This is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made to and from your account

| Date | Anticipated Payments To Escrow | Anticipated Payments From Escrow | Description | Escrow Balance Anticipated | Escrow Balance Required |
|---|---|---|---|---|---|
| | | | Starting Balance | 3,869.87 | 3,246.90 |
| Nov 2020 | 909.45 | 869.00 | Hazard | 3,910.32 | 3,287.35 |
| Nov 2020 | | 210.10 | FHA MI | 3,700.22 | 3,077.25 |
| Dec 2020 | 909.45 | 210.10 | FHA MI | 4,399.57 | 3,776.60 |
| Jan 2021 | 909.45 | 210.10 | FHA MI | 5,098.92 | 4,475.95 |
| Feb 2021 | 909.45 | 210.10 | FHA MI | 5,798.27 | 5,175.30 |
| Mar 2021 | 909.45 | 4,475.95 | County Tax | 2,231.77 | 1,608.80 |
| Mar 2021 | | 210.10 | FHA MI | 2,021.67 | 1,398.70 |
| Apr 2021 | 909.45 | 210.10 | FHA MI | 2,721.02 | 2,098.05 |
| May 2021 | 909.45 | 210.10 | FHA MI | 3,420.37 | 2,797.40 |
| Jun 2021 | 909.45 | 210.10 | FHA MI | 4,119.72 | 3,496.75 |
| Jul 2021 | 909.45 | 210.10 | FHA MI | 4,819.07 | 4,196.10 |
| Aug 2021 | 909.45 | 3,047.25 | County Tax | 2,681.27 | 2,058.30 |
| Aug 2021 | | 210.10 | FHA MI | 2,471.17 | 1,848.20 |
| Sep 2021 | 909.45 | 210.10 | FHA MI | 3,170.52 | 2,547.55 |
| Oct 2021 | 909.45 | 210.10 | FHA MI | 3,869.87 | 3,246.90 |
| | $10,913.40 | $10,913.40 | | | |

(Please keep this statement for comparison with the actual activity in your account at the end of the escrow accounting computation year)

Your ending balance from the last month of the account history (escrow balance anticipated) is 3,869.87.  Your starting balance (escrow balance required) according to this analysis should be $3,246.90.

We anticipate the total of your coming year bills to be 10,913.40.  We divide that amount by the number of payments expected during the coming year to obtain your escrow payment.

| New Escrow Payment Calculation | |
|---|---|
| Unadjusted Escrow Payment | $909.45 |
| Shortage Installment: | $0.00 |
| Rounding Adjustment Amount: | $0.00 |
| Escrow Payment: | $909.45 |

**TO THE EXTENT YOUR OBLIGATION HAS BEEN DISCHARGED, DISMISSED OR IS SUBJECT TO AN AUTOMATIC STAY OF BANKRUPTCY ORDER UNDER TITLE 11 OF THE UNITED STATES CODE, THIS NOTICE IS FOR COMPLIANCE AND INFORMATION PURPOSES ONLY AND DOES NOT CONSTITUTE A DEMAND FOR PAYMENT OR ANY ATTEMPT TO COLLECT ANY SUCH OBLIGATION**